UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GINA TIMMERMAN, | |
| Plaintiffs, | |
| v. | PLAINTIFFS' COMPLAINT |
| DISCOVER FINANCIAL SERVICES d/b/a Discover Card, | |
| Defendant. | |

## COMPLAINT

NOW COMES Plaintiff, GINA TIMMERMAN ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and hereby alleges the following against Defendant, DISCOVER FINANCIAL SERVICES d/b/a Discover Card ("Defendant"):

### Introduction

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

### Jurisdiction and Venue

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) as the acts giving rise to this action occurred in this district, as Plaintiff resides in this district and Defendant conducts business in the this district.

### Parties

4. Plaintiff is a natural person residing in Dearing, Georgia, McDuffie County.

5. Defendant is a business entity incorporated in Delaware with an office located in Carol Stream, Illinois.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**Factual Allegations**

7. In 2014, Defendant began placing telephone calls to (706) 829-04xx, Plaintiff's cellular telephone number.

8. Defendant's calls are regarding an alleged debt that Plaintiff owes and are for non-emergency purposes.

9. Upon information and belief based on the frequency, number, and nature of the calls, as well as Defendant's publicly known practices, Defendant called Plaintiff with an automatic telephone dialing system or other equipment capable of storing and/or producing telephone numbers ("auto dialer").

10. On July 2, 2014, Plaintiff instructed Defendant, through one of its employees, to stop calling.

11. Plaintiff revoked any consent, actual or implied, for Defendant to use an auto dialer to call her cell phone.

12. Defendant continued to use an auto dialer to call Plaintiff's cell phone.

13. Defendant knowingly, voluntarily and willfully used an auto dialer to call Plaintiff's cell phone.

14. Defendant intended to use an auto dialer to call Plaintiff's cell phone.

15. Since July 2, 2014, Defendant has used and auto dialer to call Plaintiff's cell phone at least sixty (60) times.

## Count I
## Defendant Violated the Telephone Consumer Protection Act

16. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

17. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, GINA TIMMERMAN, requests that judgment be entered against Defendant, DISCOVER FINANCIAL SERVICES d/b/a Discover Card, for the following:

18. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B).

19. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C).

20. All court costs, witness fees and other fees incurred.

21. Any other relief that this Honorable Court deems appropriate.

                                        Respectfully submitted,

                                        KROHN & MOSS, LTD.

Date: November 16, 2015          By: /s/ Shireen Hormozdi
                                        Shireen Hormozdi
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd.
                                        Suite 405
                                        Los Angeles, CA 90025
                                        Tel: (323) 988-2400 x 267
                                        Fax: (866) 861-1390
                                        Email: shormozdi@consumerlawcenter.com