UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GINA TIMMERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVER FINANCIAL SERVICES )<br>d/b/a Discover Card, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>1:15-CV-00181-JRH-BKE |

## RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

1. Date of Rule 26(f) conference:  **February 26, 2016**.

2. Parties or counsel who participated in conference:  **Shireen Hormozdi and Alan Leeth**.

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.  **NONE**.

4. Date the Rule 26(a)(1) disclosures were made or will be made:  **March 12, 2016**.

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures.  **NONE**.

6. The Local Rules provide a 140-day period for discovery.  Thus, the discovery deadline is **July 20, 2016**.  Please state if any party is requesting additional time for discovery: **NONE**.

Need for discovery outside the United States:  **NONE**.

7.  If any party is requesting that discovery be limited to particular issues or conducted in phases:  **NONE**.

8.  The Local Rules provide, and the Court generally imposes, the following deadlines:

26753397 v1

Last day for filing motions to add or join parties or amend pleadings:  **March 27, 2016 (L.R. 16.3)**.

Last day to furnish expert witness reports and disclosures by plaintiff:  **April 22, 2016 (L.R. 26.1(d)(ii))**.

Last day to furnish expert witness reports and disclosures by defendant:  **May 22, 2016 (L.R. 26.1(d)(iii))**.

Last day to file motions 30 days after close of discovery:  **August 19, 2016 (L.R. 7.4)**.

If any party requests a modification of any of these deadlines:

>   (a) Identify the party or parties requesting the modification:  **NONE**.

>   (b) State which deadline should be modified and the reason supporting the request: **NONE**.

9. If the case involves electronic discovery: **NOT EXPECTED**.

10. If the case is known to involve claims of privilege or protection of trial preparation material,

>   (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material: **The parties agree that inadvertent disclosure of information protected by the attorney-client and/or work-product privilege shall not constitute a waiver of an otherwise valid claim of privilege.  The parties further agree to return any inadvertently disclosed privileged and/or trial-preparation material in accordance with Federal Rule of Civil Procedure 26 (b)(5)(B) and Federal Rule of Evidence 502(b).**

>   (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are

requesting the Court to enter addressing such matters):  **A joint proposed protective order is attached hereto as "Exhibit A."**

(c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement: **NONE**.

11. State any other matters the Court should include in its scheduling order:  **NONE**

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case. There are no specific problems that have created a hindrance to the settlement of the case:

Respectfully submitted,

Date: March 1, 2016   By:  */s/ Shireen Hormozdi*
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com
Attorney for Plaintiff
GINA TIMMERMAN

Date: March 1, 2016   By:  */s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com
BURR & FORMAN LLP
171 17th Street, NW
Suite 1100
Atlanta, GA
Telephone: (404) 815-3000
Fax: (405) 817-3244
Attorney for Defendant
DISCOVER PRODUCTS INC.