IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GINA TIMMERMAN,　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
　　　Plaintiff,　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
　　v.　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊　　CV 115-181
　　　　　　　　　　　　　　　　＊
DISCOVER FINANCIAL SERVICES,　＊
　　　　　　　　　　　　　　　　＊
　　　Defendant.　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊

**O R D E R**

Presently before the Court is Plaintiff's notice of settlement. (Doc. 14.) Plaintiff represents that the parties have settled and requests that the Court stay all deadlines in this case while the parties finalize their agreement. Upon consideration, the Court **ORDERS** this case **STAYED** for **sixty days**. The parties are instructed to promptly file a stipulation of dismissal once the agreement is finalized. If the parties are unable to finalize the agreement, they are instructed to file a joint status report by the end of the sixty-day stay. The parties' status report must include a proposed revised scheduling order.

**ORDER ENTERED** at Augusta, Georgia this 10th day of June, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE J. RANDAL HALL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA